UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HENRY JACKSON, | CV F 05- 0450 AWI WMW HC |
| Petitioner, | ORDER STRIKING MEMORANDUM OF LAW FILED DECEMBER 21, 2006 |
| v. | [Doc. 17] |
| D. G. ADAMS, | |
| Respondent. / | |

Petitioner is a prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2254. Currently pending before the court is Respondent's motion to dismiss, filed June 22, 2006. Petitioner filed an opposition to that motion on July 10, 2006.

On December 21, 2006, Petitioner filed a document entitled Memorandum of Law in Support of Petition for Writ of Habeas Corpus. There is no procedural basis for filing this document at this stage of the proceedings. The case, including the motion to dismiss, proceeds on the petition, not additional arguments Petitioner has attempted to present now. Accordingly, the Memorandum of Law filed by Petition on December 21, 2006, is HEREBY STRICKEN and will be disregarded for all purposes.IT IS SO ORDERED.

**Dated:    January 3, 2007**            /s/  **William M. Wunderlich**
mmkd34                              UNITED STATES MAGISTRATE JUDGE