IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HENRY JACKSON,        )<br>                                                      )<br>                         Petitioner,   )<br>         v.                                      )<br>                                                      )<br>D. G. ADAMS,                              )<br>                                                      )<br>                         Respondent. )<br>_____) | CV F 05-0450 AWI WMW HC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION<br><br>ORDER DENYING RESPONDENT'S MOTION TO DISMISS AND DIRECTING RESPONSE ON THE MERITS<br><br>ORDER REFERRING MATTER TO MAGISTRATE JUDGE |

   Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

   On February 8, 2007, the Magistrate Judge issued a Report and Recommendation that Respondent's motion to dismiss on the ground the complaint is time-barred be denied.   This Report and Recommendation was served on the parties and contained notice that any objections to the Report and Recommendation were to be filed within thirty days.

   Over thirty days have passed and Respondent has not filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C) this court has conducted a de novo review of this case.   See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).   Having carefully reviewed the entire file, the court finds the Report and Recommendation are supported by the record and by proper analysis.

Accordingly, it is HEREBY ORDERED that:

1. The Report and Recommendation issued by the Magistrate Judge on February 8, 2007, is ADOPTED IN FULL;

2. Respondent's Motion to Dismiss the Complaint as time-barred is DENIED; respondent shall respond to the petition on the merits not later than 30 days from the date of service of this order.

3. This matter is REFERRED BACK to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

**Dated:    March 22, 2007**                            **/s/ Anthony W. Ishii**
0m8i78                                                           UNITED STATES DISTRICT JUDGE

2