UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HENRY JACKSON,<br><br>    Petitioner,<br><br>    v.<br><br>D. G. ADAMS,<br><br>    Respondent. | 1:05-cv-0450 AWI WMW HC<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE ANSWER<br>(DOCUMENT #22) |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On April 20, 2007, Respondent filed a motion to extend time to file an answer to the petition for writ of habeas corpus. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Respondent is granted to May 31, 2007 in which to file his answer.

IT IS SO ORDERED.

**Dated:   May 22, 2007**              /s/  **William M. Wunderlich**
                                       UNITED STATES MAGISTRATE JUDGE