UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIAM HENRY JACKSON, | ) | 1:05-CV-0450 AWI WMW (HC) |
| Petitioner, | ) | |
| | ) | ORDER GRANTING EXTENSION OF |
| v. | ) | TIME TO FILE TRAVERSE |
| | ) | |
| D. G. ADAMS, | ) | (DOCUMENT #26) |
| | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On June 1, 2007, Petitioner filed a motion to extend time to file his traverse. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file his traverse. IT IS SO ORDERED.

**Dated:   June 28, 2007**          /s/  **William M. Wunderlich**
                               UNITED STATES MAGISTRATE JUDGE