IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HENRY JACKSON,<br><br>    Petitioner,<br><br>vs.<br><br>D.G. ADAMS,<br><br>    Respondent.<br>_____/ | 1:05-cv-00450-AWI-WMW (HC)<br><br>SECOND ORDER GRANTING EXTENSION OF TIME TO FILE TRAVERSE<br><br>(DOCUMENT #28) |

    Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On July 18, 2007, petitioner filed a motion to extend time to file his traverse. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    Petitioner is granted thirty days from the date of service of this order in which to file his traverse.

IT IS SO ORDERED.

**Dated:   August 22, 2007**          /s/  William M. Wunderlich
                                                        UNITED STATES MAGISTRATE JUDGE